IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT 12-0480 |
| | * | |
| JOSE JOAQUIN MORALES | * | |
| | * | |
| | ******* | |

FILED ___ ENTERED
___ LOGGED ✓ RECEIVED

OCT 09 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## VERDICT FORM

FOREMAN: PLEASE MARK THE JURY'S ANSWER AFTER EACH QUESTION:

1. How do you the jury unanimously find the Defendant as to Count One of the Indictment (Use of Interstate Commerce Facility in the Commission of a Murder-for-Hire)?

    __X__                      _____
    Guilty                     Not Guilty

IF THE ANSWER TO QUESTION 1 IS GUILTY, PLEASE ANSWER THE FOLLOWING QUESTION:

2. Do you the jury unanimously find that the commission of the offense charged in Count One resulted in the death of Robert Long?

    __X__                      _____
    Yes                        No

10-9-13  9:47 A.M                **REDACTED**
Date and Time                    Signature of Jury Foreman