FILED: December 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4955
(1:12-cr-00480-RWT-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSE JOAQUIN MORALES

    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 11/12/2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*